AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Prepared Food Photos, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-10951-LAK-RWL |
| Bravo West Pizza, LLC et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant MyPizza Technologies, Inc. d/b/a Slice

Date: 02/13/2023

/s/ Edward C. Wipper
*Attorney's signature*

Edward C. Wipper
*Printed name and bar number*

1330 Avenue of the Americas
23rd Floor
New York, NY 10019
*Address*

ewipper@beneschlaw.com
*E-mail address*

(646) 593-7051
*Telephone number*

(216) 363-4588
*FAX number*