# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Prepared Food Photos, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-10951-LAK-RWL |
| Bravo West Pizza, LLC et al | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Prepared Food Photos, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-07160-ALC |
| Tonys Pizza of Poughkeepsie, Inc. et al | |
| Defendant | |

IH-32                                                                                                                   Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open       (If so, set forth procedural status and summarize any court rulings.)

Defendant has answered Plaintiff's first amended complaint (properly identifying Angelo's Pizza of Poughkeepsie, Inc. as co-defendant).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The parties (aside from co-defendants) and claims at issue are identical.

Signature: /s/Edward C. Wipper        Date: 2/16/23

Firm: Benesch Friedlander Coplan & Aronoff